**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

JERMAINE R. REVERE,

          Plaintiff,

    v.                        CIVIL ACTION NO.: CV513-051

BRIAN OWENS; Sgt. PERRY;
Sgt. BUSSY; Lt. WATERS;
Lt. BERRY; Warden HEART;
Warden of Security HOLDEN,

          Defendants.

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants Brian Owens, Holden, and Berry are **DISMISSED.**

**SO ORDERED**, this _26_ day of _July_, 2013.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)