IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

WAYCROSS DIVISION

JERMAINE R. REVERE,

    Plaintiff,

v.

BRIAN OWENS, et. al.,

    Defendants.

CIVIL ACTION NO.: CV513-051

FILED U.S. DISTRICT COURT BRUNSWICK DIV. 2014 JAN -6 A 11: 52 CLERK SO. DIST. OF GA.

## AMENDED COMPLAINT

On June 7, 2012 I was transferred to Ware State Prison from Georgia Diagnostic Prison in Jackson, Ga. Upon my arrival at Ware State Prison, my property was searched then taken to the side. I then was led into the shower by two CERT Team officers, (John Doe(1) and John Doe(2)) who were under the instruction of Lt. Berry, so they could see tatoos of gang membership. Upon entering the shower one of the CERT Team officer who said he is the SGT. said "as you can see alot has changed since you were last here at Ware State Prison. As you can see IVY is no longer with us, I'm now over the gang unit here at Ware State Prison", I was then instructed to strip naked, which is typical procedures to see if any gang affliliation tatoos are visible, upon me taking off my shirt the gang unit SGT. says "he's Gangsta Disciple, B&o", then he looked at me then ask me "are you aware of the war between the Gillis and the Hispanics", I responded "No sir, I just came from Jackson, I only have three weeks befor I go to court, I'm a parole revocator, I'm trying to go home, I want no part of the B.s." the two CERT Team officers looked at eachother and one say "just two weeks ago

two G.D's was stabbed up real bad by some Hispanics, had to rush them to the hospital, they made it though. The "Bottom" is still on somewhat of lockdown because they still have not came to a truce yet." I say "well I want no part of the madness. I want to go home."

After leaving intake, the new arrivals (my self and others) were taken to medical and three (3) other G.D's who just arrived asked each other did they tell you whats going on. Everyone said they did. So as the CERT Team began to walk us to our living assignment, two G.D's were placed in F-bldg. where there were no Hispanics, period. then myself and inmate Rashad Leach who is also G.D. were assigned to H-1. As we approached the door to the building, I noticed a group of hispanics looking out the door looking menace. so I tell the CERT Team officers "we can't go in there after what you just told us. Look at these guys. They'll kill us in there. Place me in Protective Custody". The CERT Team replied by saying "This is where you are assigned to, so this where you are going. No need to refuse housing because lockdown is full." Then they went on to say "y'all be alright until monday". So myself and the other G.D. Rashad Leach were placed in dorm and once inside the building I counted 23 Hispanics. The dorm only holds 50 people.

Later that day upon going to eat at the dinning Hall, I spoke with Sgt. Perry and Sgt. Bussy also Lt. Waters and Lt. Day about moving me to another building or to protective custody because I feared for my life. I was told by them all to go back in the building and they'll do something when they had time.

On June 14, 2012 warden Hart came and did his dormitory inspection and said to us all "I see you haven't come to a truce yet. So therefore G and H will remain as is until I know something!" I went to raise my hand requesting to speak with him, he called me down and

I Stated "Sir I along with another G.D. who's in cell 18 have been trying to get moved from this dorm since our arrival on the 7th of this month. The CERT Team said what was going on and it's not safe for us in here. If I can't go to another dorm, please move us to protective custody because I'm terrified for my life". The warden reply was "Nothing happened to you so far, you'll be alright. Get Gangsta your a Gangsta aint you"; then walked off. I went to write warden of security Holden about the situation, but never recieved a reply.

A week later on June 25, 2012, warden Hart along with a visitor and the CERT Team came to inspect the domintory. two Hispanics in cell 19 were not ready; Lt. Berry on the CERT Team instructed two other CERT Team officer to lock them down and search their room. a few minutes later, one of the CERT Team officers came out with two machetes and the making for two more; the warden and officers left out laughing. Only two hours later, I noticed the same two Hispanics were back in the dorm. ON June 26, 2012 I lay asleep in my cell. My room mate of 18 days comes in the room and says "Somebody stabbed a mexican up on the walk this morning"; I asked who was it and who did it. he said he didn't know. I rolled back over and attempted to go back to sleep. then what seemed like 15 minutes a G.D. (Leach) comes in and says "Bro, get up, these mexicans looking crazy; someone stabbed one this morning". So I get up and come out of the room. the first thing I notice is two Hispanics holding one Hispanic up while he unscrewed the grey box over the control booth. I pay no mind to it and go to the G.D. room

to let him know what happen. Even though I wasn't active I still had respect and tried to get everyone out the dorm so we could get protective custody. They, officers C/o II Chad Strickland and C/o II Brandon Bennett didn't acknowledge request and said wait for inspection team. So I go in my room to get it ready, then lay on top of my bed then I hear "Leach" holler "Bro they stabbing Me" as I jumped up a mob of Hispanics were charging me I had no where to run so I fought back as best as I could, in which wasn't much for I was stabbed in the forehead, over my right eye a few times, my right side of my Jaw, in my head back and chest. As I finally made it out of my cell I was caught straight in the stomach. I continue to run for help and once at the booth I hit the windows and told the control officer to let me out, he told me to hold up, as I turned around I saw a mob of Hispanics approaching with machetes, that's when I was chopped and sliced to where I lost two fingers on my left hand. The door finally poped and I ran out of H-1.